```
                  IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**KATHERINE A. HOOVER, as the**
**duly appointed Administrator of**
**the Estate of Michael Tomasic,**
**deceased,**

      **Plaintiff,**

vs.                                             Civil Action No. 1:07CV47
                                                       (Judge Keeley)

**GEORGE TRENT, Administrator,**
**North Central Regional Jail,**
**et. al.,**

      **Defendants.**

## ORDER FOLLOWING AUGUST 23, 2007 HEARING

On August 23, 2007, the Court conducted a hearing on the pending motions in the above-styled case. For reasons stated on the record, the Court:

- **DENIED** the plaintiff's motion for default judgment (doc. no. 15);
- **GRANTED** the defendants' motion to set aside the Clerk's entry of default (doc. no. 16); and
- **GRANTED** the defendants' motion for leave to file an answer (doc. no. 19).

Accordingly, the Court **ORDERS** the defendants to file an answer to the plaintiff's complaint within seven (7) days of the entry of this Order.

**Hoover v. Trent, et.al.**                                      1:07CV47

**ORDER FOLLOWING AUGUST 23, 2007 HEARING**

     The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: August 24, 2007.

                                       /s/ Irene M. Keeley
                                       IRENE M. KEELEY
                                       UNITED STATES DISTRICT JUDGE